United States District Court
Southern District of Texas
**ENTERED**
March 31, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JUAN ALBERTO MARTINEZ MORALES | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION NUMBER |
| | ) | M-21-0020 |
| BOBBY LUMPKIN, Director, | ) | |
| Texas Department of Criminal | ) | |
| Justice, Correctional | ) | |
| Institutions Division | ) | |

<u>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION</u>

The Court has reviewed the Magistrate Judge's Report and Recommendation regarding Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. After having reviewed the said Report and Recommendation, and after appropriate review of Petitioner's objections thereto, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, ORDERED, ADJUDGED, and DECREED that the conclusions in United States Magistrate Judge J. Scott Hacker's Report and Recommendation entered as Docket Entry Number 14 are hereby adopted by this Court.

The Clerk shall send a copy of this Order to the parties.

DONE on this 31st day of March, 2022, at McAllen, Texas.

Ricardo H. Hinojosa
U.S. DISTRICT JUDGE